AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22−mj−00076 |
| ARIAN TAHERZADEH | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 4/5/2022 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARIAN TAHERZADEH ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 912 - False Impersonation of a Federal Officer

Date: 04/05/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.04.05 19:44:31 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 04-05-2022, and the person was arrested on (date) 04-06-2022
at (city and state) WASHINGTON DC .

Date: 04-06-2022

*Arresting officer's signature*

SA MATTHEW LARICCIA
*Printed name and title*