# Occupational & Professional License Search

**License Number:** Enter License Number

**Licensee Name:** taherzadeh

**License Status:** -- Select License Sta

**License Type:** All

**Date Range From:** mm/dd/yyyy

**Date Range To:** mm/dd/yyyy

**Sort By:** ● Licensee Name  ○ License Number

[Search]

**Total Number of Results 2 found.**



### Arian Taherzadeh

| | |
|---|---|
| **License Number:** PD202313 | **License Type:** Private Detective |
| **Initial Issue Date:** 08/20/2019 | **License Status:** Active |
| **Effective Date:** 08/20/2019 | **Expiration Date:** 10/31/2020 |
| **Affiliated Agency Name:** United States Special Police, LLC | |



### Arian Taherzadeh

| | |
|---|---|
| **License Number:** SPO202342 | **License Type:** Special Police Officer |
| **Initial Issue Date:** 06/04/2020 | **License Status:** Inactive-Revoked |
| **Effective Date:** 06/04/2020 | **Expiration Date:** 05/31/2021 |
| **Affiliated Agency Name:** United States Special Police, LLC | |



**Connect With Us**

1100 4th Street, SW,
Washington, DC 20024

Phone: (202) 442-4400

**Office Hours**

Monday, Tuesday, Wednesday, Friday 8:30 am to 4:30 pm and Thursday 9:30 am to 4:30 pm

Fax: (202) 442-9445
TTY: (202) 123-4567
Email: dcra@dc.gov



ACCESSIBILITY
PRIVACY AND SECURITY
ABOUT DC.GOV
TERMS AND CONDITIONS

© 2019 - 2022 District of Columbia

# Occupational & Professional License Search

**License Number:** PDB0202079

**Licensee Name:** Enter Licensee Name

**License Status:** -- Select License Sta

**License Type:** All

**Date Range From:** mm/dd/yyyy

**Date Range To:** mm/dd/yyyy

**Sort By:** ● Licensee Name   ○ License Number

[Search]

**Total Number of Results 1 found.**

### United States Special Police, LLC

**License Number:** PDB0202079            **License Type:** Private Detective Business

**Initial Issue Date:** 03/08/2019        **License Status:** Active

**Effective Date:** 11/01/2019            **Expiration Date:** 10/31/2021




**Office Hours**
Monday, Tuesday, Wednesday, Friday 8:30 am to 4:30 pm and Thursday 9:30 am to 4:30 pm

**Connect With Us**
1100 4th Street, SW,
Washington, DC 20024
Phone: (202) 442-4400

Fax: (202) 442-9445
TTY: (202) 123-4567
Email: dcra@dc.gov



ACCESSIBILITY
PRIVACY AND SECURITY
ABOUT DC.GOV
TERMS AND CONDITIONS

© 2019 - 2022 District of Columbia

# Occupational & Professional License Search

**License Number:**
SAB200389

**Licensee Name:**
Enter Licensee Name

**License Status:**
-- Select License Sta

**License Type:**
All

**Date Range From:**
mm/dd/yyyy

**Date Range To:**
mm/dd/yyyy

**Sort By:**
● Licensee Name    ○ License Number

[Search]

**Total Number of Results 1 found.**

### United States Special Police, LLC

| | |
|---|---|
| **License Number:** SAB200389 | **License Type:** Security Agency Business |
| **Initial Issue Date:** 12/12/2018 | **License Status:** Active |
| **Effective Date:** 11/01/2019 | **Expiration Date:** 10/31/2021 |

**Office Hours**
Monday, Tuesday, Wednesday, Friday 8:30 am to 4:30 pm and Thursday 9:30 am to 4:30 pm

**Connect With Us**
1100 4th Street, SW,
Washington, DC 20024
Phone: (202) 442-4400

Fax: (202) 442-9445
TTY: (202) 123-4567
Email: dcra@dc.gov

ACCESSIBILITY
PRIVACY AND SECURITY
ABOUT DC.GOV
TERMS AND CONDITIONS

© 2019 - 2022 District of Columbia

Find a COVID Center Near You





**Security**

During the declared Public Health Emergency, licenses that normally would have expired were considered valid. With the declared Public Health Emergency having ended on July 25, 2021, license holders with expired licenses must submit their applications to renew their licenses.

Renewal applications were accepted beginning July 1, 2021, and can be completed online. Effective December 31, 2021 at 11:59 PM, the renewal portal for all security program licenses will be closed. If you are an existing license holder, if you have not already done so, it is important that you submit your renewal application as soon as possible to maintain your license active status. All licenses with an expiration year of 2020 or 2021 will be expired. After this deadline you will be required to apply as a new licensee.

Given the high volume of applications needing to be processed as a result of licenses not expiring during the declared Public Health Emergency, the time it takes to review renewal applications has been taking longer than usual. As such, licensees who have successfully submitted and paid for their renewal applications by December 31, 2021, will not face enforcement action for having an expired license. Licensees who have submitted their renewal applications by December 31, 2021, and who have received confirmation of submission, can continue using their expired license until their new license is issued. Licensees who fail to submit their renewal applications by December 31, 2021, will be subject to enforcement action.

Thank you for your cooperation. If you have any questions, please call (202) 202-442-4320 between the hours of 8:30 AM and 4:30 PM, Monday through Friday, or email opla.security@dc.gov.

## General Information ➕

## Applicant ➕

## Licensee ➖

**License Renewal**

Campus/University Special Police Officer
Expiration Date: May 31; Renewal Year:Odd

Security Officer
Expiration Date: April 30; Renewal Year: Even

Private Detective
Expiration Date: October 31; Renewal Year: Even

Special Police Officer
Expiration Date: May 31; Renewal Year: Annual

Submit an application for renewal of an occupational or professional license.

- Request a Letter of License Certification
- Security License Designation/Transfer Request

*Please note, previously completed required renewal documents such as health and drug screenings will be accepted as long as they were completed by March 3, 2021. Given the shortage of fingerprinting appointments, license renewal applicants are only required to provide proof of a scheduled fingerprinting appointment by September 1, 2021 (the actual appointment may be later than September 1).*

**Security Agency and Security Agency Individuals**

Documents needed to renew:

- Notarized Authorization to Release Information Form
- Confirmation Receipt of Payment (with name of applicant)
- Proof of Insurance
- List of worksite(s) with name and locations

**Private Detective Agency**

Documents needed to renew:

- Notarized Authorization to Release Information Form
- Confirmation Receipt of Payment (with name of applicant)
- Proof of Bond
- Must be affiliated with a licensed Private Detective Business (for individuals)

**Individual License Renewal Documents**

**Security Officer Renewal Documents:**

- Notarized Arrest Affidavit (including dispositions for arrests)
- Notarized Authorization to Release Information Form
- Drug Screening (6 panel with levels)
- Fingerprint Receipt (write/type applicant name)
- Confirmation Receipt of Payment  Application (write/type applicant name)
- Must be affiliated with a licensed Security Agency Business or Security Agency Individual

**Special Police Officer Renewal Documents:**

- Notarized Arrest Affidavit (including dispositions for arrests)
- Notarized Authorization to Release Information Form
- Drug Screening (6 panel with levels)
- Health/Physical examination
- Fingerprint Receipt (write/type applicant name)
- Confirmation Receipt of Payment Application (write/type applicant name)
- If armed, a Range Certification is required
- If contracted to work at a DC Public Schools, a Letter of Designation is required
- Must be affiliated with a licensed Security Agency Business or Security Agency Individual

**Campus Special Police Officer Renewal Documents:**

- Notarized Arrest Affidavit (including dispositions for arrests)
- Notarized Authorization to Release Information Form
- Drug Screening (6 panel with levels)
- Health/Physical examination
- Fingerprint Receipt (write/type applicant name)
- Confirmation Receipt of Payment (write/type applicant name)
- If armed, a Range Certification is required
- 250 Consortium Certification

- Must be affiliated with one of the 9 licensed College/Universities Business

**Private Detective**

- Notarized Arrest Affidavit (including dispositions for arrests)
- Notarized Authorization to Release Information Form
- Confirmation Receipt of Payment Application (write/type applicant name)
- Must be affiliated with a licensed Private Detective Business or Private detective Individual

For additional information, please do not hesitate to contact our customer service number at 202-442-4320.

Consumer

Contact Us

Publications and Resources

Spanish (Español)   French (Français)   Vietnamese (Tiếng Việt)   Amharic (አማርኛ)   Chinese (中文)   Korean (한국어)

**Office Hours**
Monday, Tuesday, Wednesday, Friday 8:30 am to 4:30 pm and Thursday 9:30 am to 4:30 pm

**Connect With Us**
1100 4th Street, SW,
Washington, DC 20024
Phone: (202) 442-4400

Fax: (202) 442-9445
TTY: 711
Email: dcra@dc.gov

ACCESSIBILITY
PRIVACY AND SECURITY
ABOUT DC.GOV
TERMS AND CONDITIONS

© 2019-2022 District of Columbia