**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term
Grand Jury Sworn in on November 10, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Mag. No. 22-mj-76 (GMH) |
| | : | Crim No.: |
| **v.** | : | **VIOLATIONS:** |
| **ARIAN TAHERZADEH** and | : | 18 U.S.C. § 912 |
| | : | (False Impersonation of an Officer or |
| **HAIDER ALI** | : | Employee of the United States) |
| **Defendants.** | : | 7 D.C. Code § 2506.01 |
| | : | (Unlawful Possession of a Large Capacity |
| | : | Ammunition Feeding Device) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
**(False Impersonation of an Officer or Employee of the United States)**

From in or around February 2020, through on or about April 6, 2022, in the District of Columbia and elsewhere, the defendants,

**ARIAN TAHERZADEH and
HAIDER ALI**

falsely assumed and pretended to be an officer and employee acting under the authority of the United States, and any department, agency and officer thereof, and acted as such, and in such pretended character demanded and obtained money, papers, documents and things of value; that is, TAHERZADEH and ALI falsely acted as if they were authorized agents and employees of the Department of Homeland Security and other federal agencies to recruit other individuals to

fabricated law enforcement positions, and pretended to be agents and employees of the Department of Homeland Security to obtain things of value from Crossing DC and One Parking.

(In violation of Title 18, United States Code, Section 912)

## COUNT TWO
**(Unlawful Possession of a Large Capacity Ammunition Feeding Device)**

On or about April 6, 2022, within the District of Columbia,

**ARIAN TAHERZADEH and
HAIDER ALI**

did possess a large capacity ammunition feeding device—that is, one (1) Glock magazine.

(In Violation of D.C. Code § 7-2506.01(b))

## COUNT THREE
**(Unlawful Possession of a Large Capacity Ammunition Feeding Device)**

On or about April 6, 2022, within the District of Columbia,

**ARIAN TAHERZADEH**

did possess a large capacity ammunition feeding device—that is, five (5) Sig Sauer magazines.

(In Violation of D.C. Code § 7-2506.01(b))

A TRUE BILL:

FOREPERSON

_Matthew M. Graves_ /jps
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA