UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIAN TAHERZADEH & HAIDER ALI,<br><br>Defendants. | Case No. 22-mj-76 |

### ORDER

On the afternoon of Friday, February 15, 2022, the government lodged with Chambers a motion seeking to substitute the affidavit it submitted in support of the original criminal complaint in this matter with an amended affidavit. According to the government's motion, the amended affidavit sought to correct an error in the original affidavit and to set forth additional facts in support of probable cause to believe that Defendants falsely impersonated federal officers in violation of 18 U.S.C. 912. The government "d[id] not request that the original Affidavit be removed from the public docket," but "simply request[ed] that the amended affidavit serve as the operative Affidavit in support of probable cause for the charge" in the original complaint. ECF No. 21 (quoting the government's Motion for Leave to Substitute the Original Affidavit in Support of Criminal Complaint at 1–2 (on file with the chambers of the undersigned)). The government further made clear its position that the Court should consider the amended affidavit and the government's other requests *ex parte*. Noting the unusual nature of the government's *ex parte* request for "substitution" of an amended affidavit in support of an already-sworn complaint against defendants who had already been arrested and appeared before the Court, the Court issued an Order that same evening allowing Defendants to file objections to the government's proposal on or before close of business on Monday, April 18, 2022, and the government to reply to those objections on or before

close of business on Tuesday, April 19, 2022. ECF No. 21. On Saturday, April 16, 2022, the government informed the Court via email that it had provided its motion and the proposed amended affidavit to counsel for Defendants. Email dated Apr. 16, 2022, 8:50 A.M. (on file with the chambers of the undersigned). Both Defendants duly filed responses on April 18, 2022. On the afternoon of Tuesday, April 19, 2022, a grand jury returned an indictment against both Defendants. The government thereafter filed a response to the Court's Order of April 15, 2022, withdrawing its motion, because the return of the indictment made moot further consideration of the amended affidavit in support of the charge in the complaint.[1]  ECF No. 25. Accordingly, it is hereby

**ORDERED** that, pursuant to the government's request (*see* ECF No. 25), the government's Motion for Leave to Substitute the Original Affidavit in Support of Criminal Complaint (ECF No. 26) is hereby **WITHDRAWN**. The Clerk of Court is respectfully directed to update the docket to reflect that withdrawal**.**

SO ORDERED.

Date: April 20, 2022

_____
G. Michael Harvey
United States Magistrate Judge

---

[1] To clarify the record, the Court requested that the government file the motion on the docket, which it has now done. ECF No. 26.