**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 22-CR-133 (CKK) |
| | ) | |
| ARIAN TAHERZADEH | ) | |


**UNOPPOSED MOTION TO MODIFY CONDITIONS OF HOME INCARCERATION**

Mr. Taherzadeh respectfully requests that the Court modify his conditions of release to permit him to be outside of his house for limited reasons as approved by Pretrial Services. He is currently on home incarceration (as opposed to home detention) which requires Court approval for any ventures out of his home and has been released into the custody of his father with other conditions. Mr. Taherzadeh does not request a change in any other conditions at this time. Specifically, he requests that the Court authorize Pretrial Services to approve one hour a day for outdoor exercise within one mile of his current address, to approve visits to his attorney's office, and medical appointments. The government has advised that they do not oppose this limited request.


Respectfully submitted,


A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500
Shelli_Peterson@fd.org