UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIAN TAHERZADEH & HAIDER ALI,<br><br>Defendants | Criminal Action No. 22-133 (CKK) |

**ORDER**
(May 12, 2022)

The Court is in receipt of the [34] and [36] Motions to Modify Release Conditions filed by Defendant Taherzadeh and Defendant Ali, respectively. Each defendant requests that the Court authorize the Pretrial Services Agency ("PSA") to approve one hour a day for outdoor exercise within one mile of his current address. The Court **DENIES** both motions as to this request.

Defendant Taherzadeh also requests that the Court authorize PSA to "approve visits to his attorney's office and medical appointments" without the need for a court order. ECF No. 34.[1] The Court shall also **DENY** this request for a general modification to Defendant Taherzadeh's release conditions.

The Court further **ORDERS** that, to the extent either Defendant seeks leave to attend legal and medical appointments, they must provide to PSA *at least one week in advance* specific dates and start and end times of each appointment, the precise address of each, and the names of the individuals with whom the defendant is meeting.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] Defendant Ali made a similar request in his [32] Motion to Modify Release Conditions, which the Court has denied in a separate order. *See* ECF No. 32, at 1-2 (requesting a "general modification that would allow [PSA] to authorize Mr. Ali to leave his home to attend prescheduled legal and medical meetings involving Mr. Ali himself, without this Court needing to decide a formal motion each time in advance[.]"); Order, ECF No. 37.