# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-00133 (CKK) |
| v. : | |
| : | |
| ARIAN TAHERZADEH, et al., : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated June 22, 2022, be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   _/s/ Joshua S. Rothstein_
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar No. 4453759
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7164
Joshua.Rothstein@usdoj.gov