**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIAN TAHERZADEH & HAIDER ALI,<br>Defendants | Criminal Action No. 22-133 (CKK) |

**ORDER**
(June 30, 2022)

During the status hearing in this matter on June 30, 2022, Defense counsel requested that the Court modify the conditions of release applicable to both Defendants to allow them to attend meetings with their attorneys without need for a court order each time, but rather upon notification to and approval by the Pretrial Services Agency ("PSA"). The government did not object to this request.

In a previous order, the Court directed that Defendants must notify PSA at least one week in advance of legal appointments and provide specific dates and start and end times of each appointment, and the precise address of each. *See* Order, ECF No. 38. However, the Court did not explicitly authorize PSA to "approve" such visits without the Court's leave. For clarity, the Court **ORDERS** that both Defendants' release conditions are modified as follows: Defendants may attend attorney appointments without the Court's leave, but their counsel must notify PSA *at least one week in advance* and provide specific dates and start and end times of each appointment, and the precise address of each. When attending these attorney visits, Defendants must report directly to the address provided to PSA and may not make any other stops. **All other conditions of release remain in effect.** *See* ECF Nos. 18, 19.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge