THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim No.: 22-cr-133 (CKK) |
| | : | |
| v. | : | |
| | : | |
| ARIAN TAHERZADEH | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT & MOTION TO CONTINUE

The United States of America, by its undersigned attorney, hereby submits this Joint Status Report and Motion to Continue.

The Government states as follows:

1. On August 1, 2022, the Defendant, Arian Taherzadeh, pleaded guilty to a Superseding Information charging him with one count of Conspiracy, in violation of 18 U.S.C. § 371, one count of Voyeurism, in violation of 22 D.C. Code 3531, and one count of Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code 2506.01(b). (D.E. 54)

2. The Court set a status conference for November 2, 2022 at 9:00 AM.

3. As part of Defendant's plea agreement, he has agreed to cooperate with the Government in its ongoing investigation of other subjects involved in relevant criminal activity.

4. The Defendant remains on release on his personal recognizance. Since the Defendant's guilty plea, he has continued to make himself available should the Government need to meet in furtherance of its investigation.

5.      Accordingly, the Government asks that it be allowed to file another status report with the Court on or before Friday, January 27, 2023, to update the Court on the status of the Defendant's cooperation, and whether, at that time, the parties are ready to proceed to sentencing.

6.      The Government has conferred with counsel for the Defendant, and the defense does not object to this request.

WHEREFORE, the Government asks that the November 2, 2022 status conference be continued and that the Government be permitted to file another status report on or before January 27, 2023.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:     /s/ Joshua S. Rothstein
        Elizabeth Aloi
        Joshua S. Rothstein
        Assistant United States Attorney
        N.Y. Bar Number 4453759
        601 D Street, N.W., Fifth Floor
        Washington, D.C. 20530
        Office: 202-252-7164
        Joshua.Rothstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2022, a copy of the foregoing was sent via e-mail to counsel for the defendant, Shelli Peterson.

/s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney