THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim No.: 22-cr-133 (CKK) |
| : | |
| v. : | |
| : | |
| ARIAN TAHERZADEH : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by its undersigned attorney, hereby submits this Joint Status Report.

The Government states as follows:

1. On August 1, 2022, the Defendant, Arian Taherzadeh, pleaded guilty to a Superseding Information charging him with one count of Conspiracy, in violation of 18 U.S.C. § 371, one count of Voyeurism, in violation of 22 D.C. Code 3531, and one count of Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code 2506.01(b). (D.E. 54)

2. On January 26, 2023, the Court directed the parties file a Status Report by March 31, 2023.

3. As part of Defendant's plea agreement, he has agreed to cooperate with the Government in its ongoing investigation of other subjects involved in relevant criminal activity.

4. The Defendant remains on release on his personal recognizance. Since the Defendant's guilty plea, he has continued to make himself available should the Government

need to meet in furtherance of its investigation.

5.      Haider Ali, the co-defendant, is scheduled to be sentenced on June 16, 2023.

6.      Accordingly, the Government asks that it be allowed to file another status report with the Court on or before Friday, June 23, 2023, to update the Court on the status of the Defendant's cooperation, and whether, at that time, the parties are ready to proceed to sentencing.

7.      The Government has conferred with counsel for the Defendant, and the defense does not object to this request.

WHEREFORE, the Government asks that it be permitted to file another status report on or before June 23, 2023.

                                          Respectfully Submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY

By:    /s/ Joshua S. Rothstein
       Elizabeth Aloi
       Joshua S. Rothstein
       Assistant United States Attorney
       N.Y. Bar Number 4453759
       601 D Street, N.W., Fifth Floor
       Washington, D.C. 20530
       Office: 202-252-7164
       Joshua.Rothstein@usdoj.gov