THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim No.: 22-cr-133 (CKK) |
| : | |
| v. : | |
| : | |
| ARIAN TAHERZADEH : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE

The United States of America, by its undersigned attorney, hereby submits this Joint Status Report.

The Government states as follows:

1. On August 1, 2022, the Defendant, Arian Taherzadeh, pleaded guilty to a Superseding Information charging him with one count of Conspiracy, in violation of 18 U.S.C. § 371, one count of Voyeurism, in violation of 22 D.C. Code 3531, and one count of Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code 2506.01(b). (D.E. 54)

2. Haider Ali, the co-defendant, is scheduled to be sentenced on August 7, 2023. (D.E. 80)

3. At this time, the parties are ready to proceed to sentencing and request that the Court order a Presentence Investigation Report, set a schedule for sentencing memorandums, and set a date for the sentencing hearing in September or October of 2023.

4. The Government has conferred with counsel for the Defendant, and the defense

does not object to this request.

                                            Respectfully Submitted,

                                            MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY

                              By:   /s/ Joshua S. Rothstein
                                        Elizabeth Aloi
                                        Joshua S. Rothstein
                                        Assistant United States Attorney
                                        N.Y. Bar Number 4453759
                                        601 D Street, N.W., Fifth Floor
                                        Washington, D.C. 20530
                                        Office: 202-252-7164
                                        Joshua.Rothstein@usdoj.gov