# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>ARIAN TAHERZADEH,<br><br>     Defendant. | Criminal No. 22-133-01 (CKK) |

## SCHEDULING ORDER
(June 29, 2023)

Upon consideration of the Parties' [81] Joint Status Report and taking into account the Court's trial calendar and the time necessary for the Probation Office to complete its Presentence Report, it is this 29th day of June, 2023,

ORDERED that the following schedule applies: The Probation Office shall file its final Presentence Report by October 19, 2023; the Government shall file its Sentencing Memorandum by November 2, 2023; Defendant shall file his Sentencing Memorandum by November 16, 2023; and the Sentencing shall be held on December 1, 2023 at 2:00 p.m., in-person, in Courtroom 28A.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE