UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | 22-CR-133-1 (CKK) | |
| | ) | | |
| ARIAN TAHERZADEH | ) | | |

**UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO FILE DEFENDANT'S SENTENCING MEMO**

Mr. Taherzadeh, through counsel, respectfully requests a brief extension of time to file his sentencing memo. Counsel has been unexpectedly delayed in finalizing the memo and needs one additional workday. The sentencing memo is presently due November 16. Counsel will be on leave November 17 and away for the weekend. Counsel will be able to complete the sentencing memorandum on November 20, 2023. Sentencing in this case is scheduled for December 1, 2023, and thus no continuance of the sentencing date itself will be necessary. Government counsel has no opposition to this request.

                                               Respectfully submitted,

                                               A. J. KRAMER
                                               FEDERAL PUBLIC DEFENDER

                                                     /s/

                                               _____
                                               Michelle Peterson
                                               Chief Assistant Federal Public Defender
                                               625 Indiana Avenue, NW
                                               Washington, DC 20004
                                               (202) 208-7500
                                               Shelli_Peterson@fd.org