THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No.: 22-cr-133 (CKK) |
| | : | |
| v. | : | |
| | : | |
| ARIAN TAHERZADEH & HAIDER ALI | : | |
| | : | |
| Defendants. | : | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby requests, consistent with the Defendants' plea agreements (ECF No. 54 at ¶ 3; ECF No. 63 at ¶ 3), that the Court dismiss the Indictment (ECF No. 27) without prejudice.

On April 19, 2022, a federal grand jury in the District of Columbia returned a three-count Indictment charging Defendants Taherzadeh and Ali with False Impersonation of an Officer or Employee of the United States, in violation of 18 U.S.C. § 912 (Count One), and Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code § 2506.01(b) (Count Two). (ECF No. 27). Defendant Taherzadeh was also charged with an additional count of Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code § 2506.01(b) (Count Three).

**Defendant Arian Taherzadeh**

On July 25, 2022, the United States Attorney filed a Superseding Information charging Defendant Taherzadeh with Conspiracy, in violation of 18 U.S.C. § 371 (Count One); Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code § 2506-

1

01(b) (Count Two); and Voyeurism, in violation of 22 D.C. Code § 3531 (Count Three). (ECF No. 48). On August 1, 2022, Defendant Taherzadeh pleaded guilty to the Superseding Information after entering into a plea agreement with the United States. (ECF Nos. 53 & 54). On November 28, 2023, Defendant Taherzadeh was sentenced to 33 months' imprisonment.

### Defendant Haider Ali

On September 29, 2022, the United States Attorney filed a Superseding Information charging Defendant Ali with Conspiracy, in violation of 18 U.S.C. § 371 (Count One); Bank Fraud, in violation of 18 U.S.C. § 1344 (Count Two); and Unlawful Possession of a Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code § 2506-01(b) (Count Three). (ECF No. 59). On October 5, 2022, Defendant Ali pleaded guilty to the Superseding Information after entering into a plea agreement with the United States. (ECF Nos. 62 & 63). On August 8, 2023, Defendant Ali was sentenced to 68 months' imprisonment. (ECF No. 104).

### Conclusion

For the reasons set forth above, the Government requests that the Court dismiss the Indictment without prejudice.

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY

By: _____
Elizabeth Aloi
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
601 D Street, N.W., Fifth Floor
Washington, D.C. 20539
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov